UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA BERAN,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>EXPERIAN,<br><br>　　　　Defendant. | Civil Action No. 1:25-cv-261 |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian"), incorrectly identified in Plaintiff's Complaint as "Experian," hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.  Experian is the only named Defendant in Case Index No. CV-029448-24/QU filed by Plaintiff Natasha Beran ("Plaintiff") in the Civil Court of the State of New York, Queens County (the "State Court Action").

2.  The Complaint in the State Court Action was filed on or about December 4, 2024. Experian was served with Plaintiff's Complaint on December 16, 2024.

3.  This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for

relief upon which Plaintiff's action is based, as required by 28 U.S.C. § 1446(b). Experian is the only Defendant to this action.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the

State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

DATED: January 15, 2025

                                            /s/ *Johnathan P. Floyd*
                                            Jonathan P. Floyd
                                            TROUTMAN PEPPER LOCKE LLP
                                            1001 Haxall Point
                                            Richmond, Virginia 23219
                                            Telephone: (804) 697-1200
                                            Facsimile: (804) 697-1337
                                            Email: jonathan.floyd@troutman.com
                                            *Attorney for Defendant Experian Information Solutions, Inc.*