UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NATASHA BERAN,   Civil Action No. 1:25-cv-00261-JRC

                Plaintiff,

                              NOTICE OF SETTLEMENT

   v

EXPERIAN INFORMATION
SOLUTIONS, INC.,

                Defendant.
----------------------------------------------------------X

PLEASE TAKE NOTICE that the above-entitled action has been settled between the parties.

The parties have entered into a confidential settlement agreement and will file a Stipulation of Dismissal with Prejudice within 60 days of the date of this Notice.

Dated: April 9, 2025
       New York, New York

                                                      Sincerely,

                                                      *Pablo Bustos*

                                                      Pablo E. Bustos, Esq.

To :   Jonathan P. Floyd, Esq.
        Troutman Pepper Locke LLP
        1001 Haxall Point, Suite 1500
        Richmond, VA 23226
        jonathan.floyd@troutman.com

CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2025, I electronically filed the foregoing Notice of Settlement, with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

Dated : April 9, 2025
       New York, New York

*Pablo Bustos*
_____
Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018