IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA BERAN,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>   Defendant. | Case No.: 1:25-cv-00261-JRC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant, Experian Information Solutions, Inc. and Defendant, Experian Information Solutions, Inc.'s attorney, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

Dated: June 11, 2025

ATTORNEY FOR PLAINTIFF

*Pablo Bustos*
_____
Pablo E. Busto, Esq.
Bustos & Associates, P.C.
70 West 40th Steet, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com

ATTORNEY FOR DEFENDANT

*Rachelle Pointdujour*
Rachelle Pointdujour
LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6450
Rachelle.Pointdujour@troutman.com